582

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ALBERT MILLS, Defendant-Appellant.

(No. 60255;

First District (2nd Division)—June 3, 1975.

PER CURIAM.

Paul Bradley and Gordon Berry, both of State Appellate Defender's Office, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Marcia B. Orr, Assistant State's Attorneys, of counsel), for the People.

The People of the State of Illinois, Plaintiff-Appellee, *v.* Harry Temen, Defendant-Appellant.

(No. 60521;

First District (2nd Division)—June 3, 1975.

